AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| KENNETH SOTO, individually and as successor in interest to Decedent Kenneth Soto<br><br>*Plaintiff(s)*<br>v.<br>COUNTY OF RIVERSIDE; and DOES 1 through 10, inclusive,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 5:25-cv-00182-CAS (SHKx)<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   COUNTY OF RIVERSIDE

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   GREGORY PEACOCK, ESQ., (SBN 277669)
LAW OFFICE OF GREGORY PEACOCK
4063 BIRCH STREET, SUITE 100
NEWPORT BEACH, CA 92660
(949) 292-7478
gregorypeacockesq@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 01/23/2025

*Signature of Clerk or Deputy Clerk*

Civil Action No. 5:25-cv-00182-CAS-SHK Elizabeth Soto, individually and as successor in interest to Decedent Kenneth Soto vs County of Riverside

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for: **County of Riverside**
was received by me on **January 24, 2025**

☑ I personally served the (( SEE DOCUMENTS ON ATTACHED LIST )) on the individual at 4080 Lemon St Fl 1 Ste 127 , Riverside, CA 92501-3609 on January 28, 2025 4:15 PM

☐ I left the above listed documents at the individual's residence or usual place of abode with   , a person of suitable age and discretion who resides there, on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the above listed documents to **Breanna Smith - Authorized to Accept** , who is designated by law to accept service of process on behalf of **County of Riverside**  on  **January 28, 2025  4:15 PM**

☐ I returned the above listed documents unexecuted because;

☐ other *(specify)*:

My fees are $ .00 for travel and $ 83.90 for services, for a total of $ 83.90

I declare under penalty of perjury that this information is true.

Date: January 28, 2025

*Server's signature*

**John Llamas**
*Printed name and title*

**Contracted by DDS Legal Support**
**2900 Bristol Street**
**Costa Mesa, CA 92626**
**(714) 662-5555**
*Server's Address*

A0440-621353

**DDS Legal Support**
2900 Bristol Street
Costa Mesa, CA 92626
Phone: (714) 662-5555   Fax: (714) 662-3379

Continued from Proof of Service

**CLIENT:** Law Office of Gregory Peacock

**CLIENT FILE #:** Soto v County of Riverside          **DATE:** January 31, 2025

**SUBJECT:** County of Riverside

```
Summons in a Civil Action; Notice to Counsel; Declaration of Kenneth
Soto Regarding Standing as Successor in Interest to Claims of
Plaintiff's Decedent Kenneth Soto; Notice to Counsel Re Consent to
Proceed Before a United States Magistrate Judge; Notice of
Assignment to United States Judges; Complaint for Damages
```



Order#: 621353/DocAtt2010