**CLOSED**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH SOTO, individually and as successor in interest to Decedent Kenneth Soto,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF RIVERSIDE; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. 5:25-cv-00182-CAS-DTBx<br>C/W: 5:25-cv-00874-CAS-DTBx<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Judge: Christina A. Snyder |
| ANDREA SOTO, individually and as successor in interest to Decedent Kenneth Andrew Soto,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF RIVERSIDE, JULIO OLGUIN and DOES 1 through 10, inclusive,<br><br>Defendants. | |

Pursuant to the Parties' stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED that:

///

Defendants COUNTY OF RIVERSIDE and SERGEANT JULIO OLGUIN, and all claims against any unserved Defendants, are hereby dismissed with prejudice, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), with each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: September 4, 2026

Christina A. Snyder

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE